DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOAN JOHNSON,**
Appellant,

v.

**LEE TOWNSEND, LESLIE LYNCH, ELIZABETH DENECKE,** and **LISA EINHORN,**
Appellees.

No. 4D17-3268

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502015CP001096XXXXNB.

Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellant.

William E. Boyes of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***